Mt. Pulaski Auto Company, appellant, v. Cordia Starr, appellee. Gen. No. 8,621.

Opinion filed April 27, 1932. Rehearing denied October 4, 1932.

George J. Smith and Harold F. Trapp, for appellant. Burton A. Tyler, for appellee.

Mr. Justice Shurtleff delivered the opinion of the court.

## Fourth District.

Henry W. Niemann, appellee, v. The Security Benefit Association, appellant.

Opinion filed February 1, 1932.

Terry, Gueltig & Powell, A. W. Fulton and Jos. F. Sheen, for appellant. Wesley Lueders, for appellee.

Mr. Justice Fulton delivered the opinion of the court.

The First National Bank of Granite City, appellant, v. William Schooley and Eleanor Schooley, appellees.

Opinion filed June 9, 1932.

J. C. Steele and Warnock, Williamson & Burroughs, for appellant. R. W. Griffith and Wesley Lueders, for appellees.

Mr. Presiding Justice Barry delivered the opinion of the court.

Virla Hudson, appellee, v. Leland W. Hudson, appellant.

Opinion filed June 9, 1932.

A. D. Morgan, for appellant. Ferrell & Hay, for appellee.

Mr. Presiding Justice Barry delivered the opinion of the court.

Hazel Bost, defendant in error, v. David E. Bost, plaintiff in error.

Opinion filed June 9, 1932.

Marsh, Lewis, Thompson & Barash, for plaintiff in error. Grimm & Mueller and R. H. Wiechert, for defendant in error.

Mr. Presiding Justice Barry delivered the opinion of the court.